# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

JOHN ROE 1, JOHN ROE 2, JOHN ROE 3, JOHN ROE 4, individuals proceeding under pseudonym,

     Plaintiffs,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a Utah Corporation registered to do business in the State of Washington, a/k/a "MORMON CHURCH", THE CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation, MOUNTLAKE WARD OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, an unincorporated Washington entity,

     Defendants.

Case No. 2:25-cv-02177

**ORDER COMPELLING THIRD-PARTY SUBPOENA COMPLIANCE**

THIS MATTER having come before the Court on Plaintiffs' Unopposed Motion for a Court Order To Compel Third-Party Subpoena Compliance, Dkt. # 34, and the Court having balanced Plaintiffs' right to relevant, proportional discovery against any harm from the production of the subpoenaed records, FINDS that Plaintiffs' motion should be granted. *See Lafferty v. Liu*, 2018 WL 1471246, at *2 (W.D. Wash. Mar. 26, 2018) (ordering non-party jail to present records to plaintiff's

ORDER COMPELLING THIRD-PARTY SUBPOENA
COMPLIANCE
PAGE - 1

attorney in accordance with RCW 70.48.100(2)(c)); *Sotin v. Snider*, 2008 WL 2074033, at *1 (E.D. Wash. May 14, 2008) (same).

THERERFORE, IT IS HEREBY ORDERED that:

1.  The Snohomish County Department of Corrections shall produce the relevant subpoenaed records to Plaintiffs within fourteen (14) days of entry of this Order, notwithstanding the confidentiality provisions of Wash. Rev. Code Ann. § 70.48.100, which allows for the release of such records upon a written court order;

2.  The Washington State Patrol Sex Offender Unit shall produce the relevant subpoenaed records to Plaintiffs within fourteen (14) days of entry of this Order, notwithstanding the privilege provisions of Wash. Rev. Code Ann. § 43.43.710, which allows for the release of such records upon a written court order; and

3.  Any records produced pursuant to either subpoena shall receive the protection of the Stipulated Protective Order (ECF No. 30).

**IT IS SO ORDERED.**

Dated: July 9, 2026

_____
JOHN H. CHUN
United States District Judge

ORDER COMPELLING THIRD-PARTY SUBPOENA
COMPLIANCE
PAGE - 2