**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

JOHN ROE 1, JOHN ROE 2, JOHN ROE 3, JOHN ROE 4, individuals proceeding under pseudonym,

Plaintiffs,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a Utah Corporation registered to do business in the State of Washington, a/k/a "MORMON CHURCH", THE CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation, MOUNTLAKE WARD OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, an unincorporated Washington entity,

Defendants.

Case No. 2:25-cv-02177

**ORDER MODIFYING CERTAIN PRETRIAL DEADLINES IN THE SCHEDULING ORDER**

THIS MATTER having come before the Court on the Parties' Joint Motion to Modify Certain Pretrial Deadlines in the Scheduling Order (Dkt. # 40), and the Court having considered whether good cause exists to modify certain pretrial deadlines in the Scheduling Order (Dkt. # 25), FINDS that the Parties' motion should be granted.

THEREFORE, IT IS HEREBY ORDERED that the following deadlines are modified in the

Scheduling Order (ECF No. 25):

| Procedural Deadline | Original Procedural Deadline in the Scheduling Order | Modified Deadline to the Scheduling Order |
| --- | --- | --- |
| Disclosure of expert testimony under FRCP 26(a)(2) | November 23, 2026 | January 19, 2027 |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | December 23, 2026 | February 1, 2027 |
| Discovery completed by | January 22, 2027 | February 19, 2027 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | February 22, 2027 | March 19, 2027 |

**IT IS SO ORDERED.**

Dated: October 20, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge