**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

JOHN ROE 1, JOHN ROE 2, JOHN ROE 3, JOHN ROE 4, individuals proceeding under pseudonym,

Plaintiffs,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a Utah Corporation registered to do business in the State of Washington, a/k/a "MORMON CHURCH", THE CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation, MOUNTLAKE WARD OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, an unincorporated Washington entity,

Defendants.

Case No. 2:25-cv-02177

**ORDER GRANTING JOINT MOTION TO EXTEND RESPONSE AND REPLY DEADLINES TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

THIS MATTER having come before the Court on the Parties' Joint Motion to Extend Response and Reply Deadlines to Defendants' Motion for Summary Judgment (Dkt. # 50), and the Court having considered whether to extend the Parties' respective response and reply deadlines to Defendants' Motion for Summary Judgment (Dkt. # 42), FINDS that the Parties' motion should be granted.

THEREFORE, IT IS HEREBY ORDERED that the Parties' respective response and reply deadlines to Defendants' Motion for Summary Judgment (Dkt. # 42) are modified to extend Plaintiffs' response deadline to December 4, 2026, and Defendants' reply deadline to December 21, 2026.

**IT IS SO ORDERED.**

Dated: November 20, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge